FILED
CLERK, U.S DISTRICT COURT

APR 21 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEMARRION MILES,<br><br>Defendant. | Case No. 8:22-MJ-00223<br><br>**ORDER OF DETENTION** |

On April 18, 2022, Defendant Demarrion Miles made his initial appearance on the Complaint filed in this matter. Charles Diamond of the Indigent Defense Panel was appointed to represent Defendant. At Defendant's request, the detention hearing was continued to April 21, 2022. A detention hearing was held on April 21, 2022.

☒ On motion by the Government [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court finds that no condition or combination of conditions will reasonably assure:

    ☒ the appearance of the defendant as required.

    ☒ the safety of any person or the community.

  The Court has considered the following:

  (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

  (b) the weight of evidence against the defendant;

  (c) the history and characteristics of the defendant; and

  (d) the nature and seriousness of the danger to any person or the community.

*See* 18 U.S.C. § 3142(g)  The Court has reviewed and considered the Complaint and Affidavit in Support of the Complaint, the Pretrial Services Reports and Recommendations of detention dated April 18 and April 21, 2022, Defendant's Memorandum in Support of Pretrial Release with Conditions and Declaration and Exhibits in Support Thereof, and the nine photographs proffered at the hearing by the government as from Defendant's public Instagram account.

  The Court finds that the government has established that a detention hearing is warranted based on a serious risk that Defendant will flee.

  The Court bases its conclusions on the following:

  As to risk of non-appearance:

    ☒ According to the Affidavit, after the armed robbery of a CVS pharmacy in Santa Ana, the suspects, including Defendant, fled in a car that traveled at speeds in excess of 100 miles per hour, weaving in and out of traffic on the freeway, then exited the freeway at a high rate of speed, crashed and rolled over; within moments of the crash, Defendant crawled from the car and ran, despite commands from pursuing officers to stop.

☒ Defendant initially provided a false name to the arresting officers.

☒ At the time Defendant allegedly committed the offense described in the Affidavit, Defendant was on juvenile probation with Los Angeles County.

As to danger to the community:

☒ In addition to the high-speed chase described above, Defendant was one of four individuals described in the Affidavit who committed an armed robbery of a CVS pharmacy in Santa Ana, climbing over the pharmacy counter and stealing prescription medications; while he was being pursued on foot by police after the car crash, Defendant dropped a backpack that contained some of the medication suspected of being stolen from the pharmacy as well as a loaded .45 caliber pistol.

☒ In 2019, 2020, and 2021, Defendant sustained juvenile felony dispositions, which involved conduct similar to that alleged in the instant case.

☒ At the time Defendant allegedly committed the offense described in the Affidavit, Defendant was on juvenile probation with Los Angeles County.

☒ In one of the photos proffered by the government, Defendant is pointed a gun at the camera; in another, Defendant is placing a gun in his pocket.

It is therefore ORDERED that Defendant Demarrion Miles be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the

United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.  See 18 U.S.C. § 3142(i).

Dated: April 21, 2022

*Patricia Donahue*
―――――――――――――――――――
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE